## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RICHARD HANSON,                                   Civil File No.: 11-cv-00645 RHK-JSM

             Plaintiff,           **ORDER FOR JUDGMENT OF**
v.                                                **DISMISSAL WITH PREJUDICE**

TRIDENT ASSET MANAGEMENT,
LLC, a foreign limited liability company,
             Defendant.

    Based on the Stipulation of the parties filed via ECF as document number 10, it is hereby ordered that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits and with prejudice, and without costs, disbursements or attorney's fees to any party.

    **There being no just reason for delay, let a judgment of dismissal with prejudice and on the merits be entered accordingly.**

                                     **BY THE COURT**

Dated: July 5, 2011                               s/ Richard H. Kyle
                                                  Richard H. Kyle
                                                  Judge of United States District Court